IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 

 



No. 10-05-00289-CV

 

In the
Matter of the Guardianship

of
Alma J. White

 

 

 



From the 82nd District Court

Falls County, Texas

Trial Court No. 35716

 



memorandum Opinion










 

          Appellants B.D. White and Ruby Lynch
appeal the district court’s denial of their request for the appointment of a
statutory probate judge in the underlying cause of action.  By letter, this
Court notified the parties that the appeal was subject to dismissal for want of
jurisdiction because it appeared the order appealed was an interlocutory order,
not otherwise appealable unless, within 21 days, a response was filed showing
grounds for continuing the appeal.  More than 21 days have passed, and we have
not received a response from any party.

          Accordingly, this appeal is dismissed
for want of jurisdiction.  Tex. R. App.
P. 42.3, 44.3.

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed November 2, 2005

[CV06]